# Third District Court of Appeal

## State of Florida

Opinion filed April 21, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-110
Lower Tribunal No. 20-15170
_____

**E.R., the father,**
Appellant,

vs.

**Department of Children and Families, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Carlos Lopez, Judge.

Albert W. Guffanti, P.A., and Albert W. Guffanti, for appellant.

Donald A. Mihokovich (Tampa), and Thomasina F. Moore and Laura J. Lee (Tallahassee), for Guardian ad Litem Program; Karla F. Perkins, for the Department of Children and Families, for appellees.

Before SCALES, LINDSEY and MILLER, JJ.

PER CURIAM.

Affirmed.